# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| MERLE RICHARD SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15-115 |
| | ) | |
| TINA POTUTO KIMBLE, Clerk, | ) | |
| United States Court of International | ) | |
| Trade, | ) | |
| Defendant. | ) | |

## RESPONDENT'S RESPONSE TO PETITIONER'S
## IN FORMA PAUPERIS APPLICATION

Respondent, Tina Potuto Kimble, respectfully submits this response to Petitioner, Merle Richard Schmidt's, In Forma Pauperis Application (Doc. 3). The respondent takes no position with regard to this motion and defers to the judgment of the Court.

Respondent notes, however, that the respondent anticipates filing a motion to dismiss for failure to state a claim on or before December 19, 2014.

        Respectfully submitted,

        JOYCE R. BRANDA
        Acting Assistant Attorney General


        ROBERT E. KIRSCHMAN, JR.
        Director


        /s/ Martin F. Hockey
        MARTIN F. HOCKEY
        Assistant Director


        /s/ Kara M. Westercamp
        KARA M. WESTERCAMP
        Trial Attorney
        U.S. Department of Justice
        Civil Division
        P.O. Box 480
        Ben Franklin Station
        Washington, D.C. 20044
        Tel:  (202) 305-7571
        Fax: (202) 514-8624

December 2, 2014        Attorneys for Respondent

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 2nd day of December, 2014, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "RESPONDENT'S RESPONSE TO PETITIONER'S IN FORMA PAUPERIS APPLICATION" addressed as follows:

MERLE RICHARD SCHMIDT
General Delivery
Deep River Post Office
Deep River, Iowa 52222


/s/ Kara M. Westercamp