# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| MERLE RICHARD SCHMIDT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 15-115 |
| TINA POTUTO KIMBLE, | ) | |
| Clerk, | ) | |
| United States Court of | ) | |
| International | ) | |
| Trade, | ) | |
| Defendant. | | |

## NOTICE TO THE COURT REGARDING FILING ANSWER TO PETITIONER'S PETITION FOR WRIT OF MANDAMUS

On December 2, 2014, respondent filed a response to petitioner's in forma pauperis application and stated that she intended to file a motion to dismiss for failure to state a claim by December 19, 2014.  ECF No. 5.  However, pursuant to Federal Circuit Rule 21(a)(5), "[n]o answer may be filed by any respondent unless ordered by the court."  To date, the Court has not directed respondent to answer.  While we remain willing to file an answer if it will be of assistance to the Court, pursuant to Rule 21(a)(5), respondent will not be filing a motion to dismiss or otherwise respond to the writ on December 19, 2014.

                Respectfully submitted,

                JOYCE R. BRANDA
                Acting Assistant Attorney General

                ROBERT E. KIRSCHMAN, JR.
                Director

                /s/ Martin F. Hockey
                MARTIN F. HOCKEY
                Assistant Director

                /s/ Kara M. Westercamp
                KARA M. WESTERCAMP
                Trial Attorney
                U.S. Department of Justice
                Civil Division
                P.O. Box 480
                Ben Franklin Station
                Washington, D.C. 20044
                Tel:  (202) 305-7571
                Fax: (202) 514-8624

December 18, 2014            Attorneys for Respondent

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 18th day of December, 2014, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE TO THE COURT REGARDING FILING ANSWER TO PETITIONER'S PETITION FOR WRIT OF MANDAMUS" addressed as follows:

>MERLE RICHARD SCHMIDT
>General Delivery
>Deep River Post Office
>Deep River, Iowa 52222

/s/ Kara M. Westercamp