NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MERLE RICHARD SCHMIDT,**
*Petitioner.*

---

2015-115

---

On Petition for Writ of Mandamus to the United States Court of International Trade.

---

**ON PETITION**

---

PER CURIAM.

**O R D E R**

Merle Richard Schmidt submits a petition for declaratory judgment, which this court treats as a petition for a writ of mandamus to direct the United States Court of International Trade to docket a complaint. Schmidt also moves for leave to proceed in forma pauperis.

A party seeking a writ bears a heavy burden and must establish, inter alia, a clear and indisputable legal right to the relief requested and that the grant of mandamus is appropriate under the circumstances. *See Cheney v. U.S. Dist. Court*, 542 U.S. 367, 380–81 (2004). Schmidt has made no such showing in the papers submitted.

2                              IN RE SCHMIDT

Accordingly,

IT IS ORDERED THAT:

(1) The petition is denied.

(2) The motion for leave to proceed in forma pauperis is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s8